COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of L.D.A. and D.D.A. v. Department of Family and
                         Protective Services

Appellate case number:   01-14-00782-CV

Trial court case number:  2000-25529

Trial court:             312th District Court of Harris County

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The notice of appeal was filed September 22, 2014. The reporter's record was due within **10 days** after the notice of appeal was filed. *See* TEX. R. APP. P. 35.1(b); 28.4(a)(1). On the date the record was due, the official court reporter filed an Information Sheet requesting an extension of time to file the reporter's record. She requested an extension until November 3, 2014.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* TEX. R. APP. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* TEX. R. APP. P. 28.4(b)(1). The appellate court may extend the deadline to file the record if requested, but the extension may not exceed ten days. *See* Tex. R. App. P. 35.3(c).

Accordingly, the request for an extension of time is **GRANTED, in part, and DENIED, in part**. Barbara K. Nagji, the official court reporter, is **ORDERED** to file the record in this appeal **on or before October 13, 2014** or to make arrangements for a substitute court reporter to file the record in this appeal on or before that date**.**

Judge's signature: /s/ Rebeca Huddle
                        X  Acting individually     ☐  Acting for the Court

Date:  October 3, 2014